**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 24 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30071 |
| Plaintiff - Appellee, | D.C. No. 1:06-cr-00079-CCL |
| v. | |
| LASHAWN JERMAINE JOHNSON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Charles C. Lovell, District Judge, Presiding

Submitted September 10, 2012[**]

Before:     WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Lashawn Jermaine Johnson appeals from the district court's order granting

his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2).  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Johnson contends the district court procedurally erred by failing to explain the modified sentence and the extent to which it considered his post-conviction rehabilitation efforts. The district court considered the motion for a reduced sentence, which included Johnson's post-conviction rehabilitation arguments, as well as the relevant Guidelines policy statement and the 18 U.S.C. § 3553(a) sentencing factors. Like the two prior sentences the district court imposed, the court again imposed a sentence at the high end of the Guidelines range. Given the nature and seriousness of the danger Johnson poses to the community, in light of the fact that he possessed a firearm, distributed a large quantity of drugs, and twice threatened to shoot people in connection with his drug transactions, the explanation for the sentence is sufficient. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc) (adequate explanation can be inferred from the record).

**AFFIRMED.**